# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

129779 & (25)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARIEL IRE HOUGH, JR.,
      Defendant-Appellant.

SC: 129779
COA: 264422
Van Buren CC: 04-014160-FH

_____/

On order of the Court, the application for leave to appeal the October 18, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for appointment of counsel is DENIED.

KELLY, J., would remand this case to the Court of Appeals as on leave granted and for appointment of counsel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

_____
Clerk

p0322